UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HOLLAND HARDAWAY,

                    Petitioner,

v.                                          CASE NO. 2:01-cv-70230
                                            HONORABLE GEORGE CARAM STEEH
KENNY ROBINSON,

                    Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR BOND

On May 19, 2011, the United States Court of Appeals for the Sixth Circuit reversed in part this Court's denial of petitioner's application for habeas corpus relief. The Court of Appeals remanded petitioner's case to this Court with instructions to issue a conditional writ of habeas corpus directing the State to afford petitioner a direct appeal.  On June 23, 2011, this Court complied with the decision of the Court of Appeals and ordered the State to release petitioner unless it granted him an appeal of right within sixty days.

Currently pending before the Court is petitioner's motion for release on bond while his case is under review in the Michigan Court of Appeals.  Petitioner was convicted of second-degree murder in 1994, and he alleges that he has been incarcerated for seventeen years.  He anticipates that it will be another two years or more before the Michigan Court of Appeals issues a decision in his case.

Although this Court granted a conditional writ of habeas corpus, petitioner has

not been granted a new trial; instead, he has been granted an appeal of right in the

Michigan Court of Appeals.  "A state prisoner has no absolute federal Constitutional

right to bail pending appeal."  *Bloss v. Michigan*, 421 F.2d 903, 905 (6th Cir. 1970).

Furthermore, petitioner can apply to the state court for bail.  *See* Mich. Comp. Laws §

770.9a(2); Mich. Ct. R. 7.209(A)(2).  This Court declines to interfere with the state

court's determination on whether bail is appropriate and, if so, the amount of bail

required to ensure petitioner's presence while his appeal is pending.  Accordingly,

petitioner's motion for bond [dkt. #73] is **DENIED**.

Dated:  August 2, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 2, 2011, by electronic and/or ordinary mail and also to
Holland Hardaway at Mound Correctional Facility, 17601
Mound Road, Detroit, MI 48212.

S/Josephine Chaffee
Deputy Clerk